```
              IN THE UNITED STATES BANKRUPTCY COURT
            NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION


IN RE:  JOHN TRIOLA                          ) Chapter 07
                                             )
                                             )
                                             )
                                  - Creditor ) No. 09B37334
U.S. Bank, N.A., its Successors and/or       )
Assigns                                      )
                                             )
                v.                           ) Judge
                                             )John H. Squires
JOHN TRIOLA                       - Debtor   )
                                             )
```

NOTICE OF MOTION


TO:   SEE ATTACHED ADDRESSES


     PLEASE TAKE NOTICE THAT ON November 20, 2009 at 9:30 am, or as soon thereafter as counsel may be heard, I shall appear before the Honorable John H. Squires, Dupage County Courthouse Courtroom 4016, 505 North County Farm Road, Wheaton, Illinois and shall then and there present the attached Motion and at which you may appear if you so desire.


CERTIFICATION


     I, the undersigned Attorney, Certify that I served a copy of this Notice to the Addresses attached by electronic notice through ECF by depositing the same at the U.S. Mail at 1 North Dearborn, Chicago, Illinois 60602 at 5:00 P.M. on 11/9/09, with proper postage prepaid.


                                        PIERCE & ASSOCIATES, P.C.


                                        /s/Yanick Polycarpe
                                        ARDC#6237892

**THIS DOCUMENT IS AN ATTEMPT
TO COLLECT A DEBT AND ANY                1 N. Dearborn, Ste. 1300
INFORMATION OBTAINED WILL BE             Chicago, Illinois 60602
USED FOR THAT PURPOSE**                  312-346-9088

09-6850

<u>NOTICE OF MOTION ADDRESSES</u>

To Trustee:
Gina B.  Krol
Cohen & Krol
105 West Madison, Suite 1100
Chicago, IL 60603
**by Electronic Notice through ECF**

To Debtor:
JOHN TRIOLA
1179 Morning Glory Lane
Bartlett, IL 60103
**by U.S. Mail**

To Attorney:
Marc H. Weinstein & Associates, Ltd
4415 W. Harrison Street, Suite 234
Hillside, IL 60162
**by Electronic Notice through ECF**

PIERCE & ASSOCIATES, P.C.
Attorneys For:
1 North Dearborn
Suite 1300
Chicago, Illinois 60602
(312) 346-9088

PA09-6850

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RE: JOHN TRIOLA, ) | |
| ) | |
| U.S. Bank, N.A., its Successors ) | |
| and/or Assigns, ) | |
| Creditor, ) | |
| vs. ) | CASE NO. 09B37334 |
| ) | JUDGE John H. Squires |
| JOHN TRIOLA, ) | |
| Debtor(s), ) | |
| ) | |

**MOTION TO MODIFY THE AUTOMATIC STAY**

NOW COMES U.S. Bank, N.A., its Successors and/or Assigns, by and through its attorneys, Pierce & Associates, P.C., and requests that the Automatic Stay heretofore entered on the property located at 1179 Morning Glory Lane, Bartlett, IL, be modified, stating as follows:

1. On October 7, 2009, the above captioned Chapter 7 was filed.

2. U.S. Bank, N.A., its Successors and/or Assigns services the first mortgage lien on the property located at 1179 Morning Glory Lane, Bartlett, IL.

3. The debt is based on an April 11, 2003, Mortgage and Note in the original sum of $275,500.00.

4. The funds necessary to pay off U.S. Bank, N.A., its Successors and/or Assigns on the above captioned account were approximately $291,781.49, plus reasonable attorneys fees and costs, through November 2009. The debtor's schedules list the fair market value of said property at $200,000.00. According

    to the debtor's schedules, there are other liens on the property totaling $64,395.00.

5. The account is currently due and owing to U.S. Bank, N.A., its Successors and/or Assigns for the May 2008 current mortgage payment and those thereafter, plus reasonable attorneys fees and costs.

6. The debtor has no equity in the property located at 1179 Morning Glory Lane, Bartlett, IL, for the benefit of unsecured creditors.

7. U.S. Bank, N.A., its Successors and/or Assigns continues to be injured each day it remains bound by the Automatic Stay.

8. U.S. Bank, N.A., its Successors and/or Assigns is not adequately protected.

9. The property located at 1179 Morning Glory Lane, Bartlett, IL is not necessary for the debtor's reorganization.

10. The Debtor has scheduled an intention to surrender the property.

11. No cause exists to delay the enforcement and implementation of relief and Bankruptcy Rule 4001(a)(3) should be waived.

WHEREFORE, YOUR MOVANT PRAYS that the Automatic Stay be modified and that Bankruptcy Rule 4001(a)(3) be waived as not applicable, plus such other relief as this Court deems just.

                                              U.S. Bank, N.A., its Successors and/or Assigns

                                              /s/Yanick Polycarpe
                                              Yanick Polycarpe
                                              ARDC#6237892
                                              Pierce and Associates, P.C.
                                              1 North Dearborn St.
                                              Suite 1300
                                              Chicago, Illinois 60602
                                              (312)346-9088